**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **LEONARDO BAQUERO SANCHEZ and YSBETH YOLANDA CARANAMA DE BAQUERO,** | **Civil No.** |
| **Plaintiffs,** | |
| **v.** | |
| **ALLIANCE CAPITAL INTERNATIONAL BANK, INC.,** | |
| **Defendant.** | |

**COMPLAINT**

TO THE HONORABLE COURT:

Plaintiffs Leonardo Baquero Sanchez and Ysbeth Yolanda Caranama de Baquero ("Plaintiffs") sue Defendant Alliance Capital International Bank, Inc. ("Defendant" or "Bank") and allege as follows:

**NATURE OF ACTION**

1. Bank entered into a contractual relationship with Plaintiffs to provide banking services in Puerto Rico, where Bank has its principal place of business.

2. In breach of the contractual relationship between the parties, Bank has refused to honor Plaintiffs' efforts to withdraw more than a million dollars Plaintiffs have deposited with the Bank.

3. Plaintiffs file this breach of contract claim against the Bank to recover Plaintiffs' funds, among other things.

**JURISDICTION AND VENUE**

4.      The Court has jurisdiction over this action because the matter in controversy exceeds $75,000 (exclusive of interest and costs), and is between two plaintiffs that are not citizens of Puerto Rico, and a defendant that is a citizen of Puerto Rico.  *See* 28 U.S.C. § 1332(a)(1).

5.      Venue in this Court is proper under 28 U.S.C. § 1391(b)(1) because Defendant resides in this District and a substantial part of the events giving rise to this action took place in Puerto Rico.

**THE PARTIES**

6.      Plaintiffs are married to each other and live and reside in Mexico.  Plaintiffs have been banking with Defendant for years and currently have over a million dollars deposited at the Bank.

7.      Defendant is a bank with its principal place of business located at 252 Avenida Ponce de Leon, Hato Rey, Puerto Rico.  Defendant is regulated by the Office of the Commissioner of Financial Institutions of Puerto Rico.

**FACTS**

8.      Plaintiffs and Defendant entered into a contractual relationship wherein Defendant agreed to provide banking services to Plaintiffs.

9.      Relying on the contractual relationship between the parties, including Defendant's promise to have Plaintiffs' funds available to Plaintiffs immediately upon Plaintiffs' request and efforts to withdraw said funds, Plaintiffs have had over a million dollars of their funds deposited at the Bank for years.

10.      However, in breach of Defendant's promise to Plaintiffs, Defendant has refused to honor Plaintiffs' recent requests and efforts to withdraw their funds from the Bank.

11.     Although Defendant has repeatedly informed Plaintiffs that their funds will be immediately released to them, Defendant has also not honored these promises.

12.     As a result of the above, Defendant has breached its agreement with Plaintiffs.

13.     Defendant's breach has caused Plaintiffs damages, which exceed a million dollars and Plaintiffs are entitled to recover.

**COUNT 1**
**BREACH OF CONTRACT**

14.     Plaintiffs incorporate by reference paragraphs 1 through 13, *supra*.

15.     Plaintiffs and Defendant entered into a valid contract, wherein Defendant agreed to provide banking services to Plaintiffs.

16.     Defendant breached its agreement with Plaintiffs by, among other things, refusing to release Plaintiffs' funds to Plaintiffs.

17.     As a result of Defendant's breach, Plaintiffs have suffered damages, which exceed a million dollars in losses.

18.     Plaintiffs, therefore, sue Defendant to recover from Defendant all damages suffered.

**JURY DEMAND**

19.     Plaintiffs demand a jury trial.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request from this Honorable Court that judgment be entered against Defendant awarding Plaintiffs the recovery of the following: (1) all damages suffered by Plaintiffs as a result of Defendant's breaches of contract, (2) all legal fees and expenses incurred (and to be incurred) by Plaintiffs as a result of Defendant's actions and breaches of duty, (3) interests, and (4) every other remedy the Court deems just and proper.

In Miami, Florida, for filing in San Juan, Puerto Rico, on April 2, 2026

Respectfully submitted,

HOLLAND & KNIGHT LLP

*s/Jesus E. Cuza*
JESUS E. CUZA
USDC-PR 206509
jesus.cuza@hklaw.com
701 Brickell Avenue, Suite 3000
Miami, Florida 33131
Tel.: (305) 789-7513
Fax: (305) 789-7799